UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:07-CR-120(01)RM |
| ) | |
| CHRISTINA L. ROBBINS ) | |

ORDER

No objections have been filed to the Magistrate Judge's findings and recommendations upon a plea of guilty issued on November 16, 2007. Accordingly, the court ADOPTS those findings and recommendations, ACCEPTS defendant Christina Robbins' plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 1343.

SO ORDERED.

ENTERED:   December 12, 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court